UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>   Defendants. | No. 2:17-cv-0346-KJM-EFB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 8, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 8, 2019, are adopted in full;

2. Plaintiff's motions for a temporary restraining order (ECF Nos. 41 & 42) are denied without prejudice; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: March 21, 2019.

UNITED STATES DISTRICT JUDGE